# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEBORAH BUFFKIN**                                                                                              **PLAINTIFF**

**v.**                                     **5:10CV00079-BRW**

**MICHAEL J. ASTRUE, Commissioner,**                                                    **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Consistent with the order entered on this date, the decision of the Commissioner is

AFFIRMED.

IT IS SO ADJUDGED this 6th day of July, 2011.


                                                                /s/ Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE